IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

DARRYL JAY, )
)
        **Plaintiff,** )
)
v. ) Case No. CIV-08-037-RAW
)
TOWN OF PORTER, )
)
)
        **Defendant.** )

## ORDER

Before the Court is the motion of the plaintiff to remand. Defendant had filed an objection to the motion. Upon the filing of plaintiff's first amended complaint, however, defendant now consents to the motion.

It is the Order of the Court that the motion of the plaintiff to remand (#14) is hereby GRANTED. Pursuant to 28 U.S.C. §1447(c), this action is hereby remanded to the District Court of Wagoner County, State of Oklahoma.

**ORDERED THIS 19th DAY OF MARCH, 2008.**

**Dated this 19th Day of March 2008.**

J4h4i0

        _/s/ Ronald A. White_
        Ronald A. White
        United States District Judge
        Eastern District of Oklahoma